| | |
|---|---|
| George B. Piggott (SBN 68227)<br>a member of GEORGE B. PIGGOTT,<br>A PROFESSIONAL CORPORATION<br>2603 Main Street, Penthouse<br>Irvine, California 92614-6232<br>Tel.: (949) 261-0500<br>Fax: (949) 261-1085<br>Email: gbpapc@aol.com | Thomas Z. Zhou<br>Law Offices of Steve Qi & Associates<br>388 E. Valley Blvd., #200<br>Alhambra, CA 91801<br>Tel: (626) 282-9878<br>Fax: (626) 282-8968<br>tomzhou@sqilaw.com |
| Michael P. Sandonato (*pro hac vice*)<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>Tel: (212) 218-2100<br>Fax: (212) 218-2200<br>msandonato@fchs.com | *Attorneys for Defendant<br>Kostland Inc.* |

Attorneys for Plaintiff, Canon Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>KOSTLAND INC.,<br><br>        Defendant. | Case No. 8:17-cv-02262-DOC-DFM<br><br>**STIPULATION, CONSENT JUDGMENT, AND PERMANENT INJUNCTION** [30] |

This Stipulation, Consent Judgment, and Permanent Injunction ("Consent Judgment") is entered into by and between Plaintiff Canon Inc. ("Canon") and Defendant Kostland Inc. ("Kostland"), subject to approval by the Court.

WHEREAS, Canon brought this suit against Kostland for infringement of Canon's U.S. Patent No. 9,581,958 B2 (the "'958 Patent") based on Kostland's unauthorized manufacture, importation, sale, and/or offer for sale of certain toner cartridges, including toner cartridges having the following product designations: AC-HF360AK; AC-HF361AC; AC-HF362AY; and AC-HF363AM ("Accused Products");

STIPULATION, CONSENT JUDGMENT,
AND PERMANENT INJUNCTION

WHEREAS, Kostland wishes to conclude this litigation at Canon's initial pleading stage without contesting infringement, validity, or enforceability of any claims of the '958 Patent;

WHEREAS, Canon and Kostland have agreed in a separate agreement to settle the matters in issue between them; and

WHEREAS, Canon and Kostland, through their respective counsel, hereby agree to entry of this Consent Judgment;

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED:

1. This is an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has jurisdiction over Kostland and the subject matter of this action under 28 U.S.C §§ 1331 and 1338(a). Venue is proper in this Court pursuant to 28 U.S.C § 1400(b).

3. Canon is the owner of all right, title, and interest in and to the '958 Patent.

4. Kostland does not contest that all of claims 1-15, 17-18, 20-37, 39-40, 42-87, and 89-96 of the '958 Patent are valid, enforceable, and infringed by the Accused Products.

5. Kostland has sold and offered for sale in the United States the Accused Products.

6. Effective as of the date this Consent Judgment is entered by the Court, Kostland and its subsidiaries, affiliates, officers, directors, agents, servants, employees, successors, and assigns, and all other persons and organizations in active concert or participation with any of the foregoing, are hereby permanently enjoined and restrained from engaging in any of the following activities:

    (a) making, using, selling, or offering for sale in the United States, or importing into the United States, during the remaining term of the '958 Patent, any of the

Accused Products and any other toner cartridges that are not more than colorably different from the Accused Products and fall within the scope of one or more of the claims of the '958 Patent;

    (b)    otherwise directly infringing, contributorily infringing, or inducing infringement of any of the claims of the '958 Patent with respect to the Accused Products or any other toner cartridges that are not more than colorably different from the Accused Products and fall within the scope of one or more of the claims of the '958 Patent; and

    (c)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.

7. Kostland and Canon shall bear their own costs and attorney fees.

8. This Consent Judgment constitutes a final judgment concerning the subject matter of this action.

9. Kostland and Canon waive any right to appeal from this Consent Judgment.

10. Upon entry of this Consent Judgment, this action is dismissed, with prejudice; provided, however, that this Court shall retain jurisdiction to enforce the terms and provisions of this Consent Judgment.

STIPULATED AND CONSENTED TO:

By: _____
Thomas Z. Zhou
Law Offices of Steve Qi & Associates
388 E. Valley Blvd., #200
Alhambra, CA 91801
Tel: (626) 282-9878
Fax: (626) 282-8968
tomzhou@sqilaw.com

*Attorneys for Defendant Kostland Inc.*

By: _____
Michael P. Sandonato admitted *pro hac vice*)
Dennis J. McMahon (admitted *pro hac vice*)
Seth Boeshore (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com
dmcmahon@fchs.com
sboeshore@fchs.com

| | |
|---|---|
| 1 | |
| 2 | Edmund J. Haughey (admitted *pro hac vice*) |
| | FITZPATRICK, CELLA, HARPER & |
| 3 | SCINTO |
| | 975 F Street, NW |
| 4 | Washington, DC 20004-1462 |
| | Tel: (202) 530-1010 |
| 5 | Fax: (202) 530-1055 |
| | ehaughey@fchs.com |
| 6 | |
| 7 | George B. Piggott (SBN 68227) |
| | a member of GEORGE B. PIGGOTT, |
| 8 | A PROFESSIONAL CORPORATION |
| | 2603 Main Street, Penthouse |
| 9 | Irvine, California 92614-6232 |
| | Tel.: (949) 261-0500 |
| 10 | Fax: (949) 261-1085 |
| | Email: gbpapc@aol.com |

*Attorneys for Plaintiff Canon Inc.*

SO ORDERED:

Dated: February 16, 2018

/s/ David O. Carter
David O. Carter
United States District Judge